Case 4:22-cr-00608   Document 347   Filed on 08/22/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 22, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 4:22-CR-00608 |
| § | |
| MYLES SMITH, *et al.*, § | |
| § | |
| Defendants. § | |

# EXCLUDABLE DELAY ORDER

The Court has considered the Defendant's Unopposed Motion for Continuance of the Trial and Deadlines, filed August 19, 2024 (DOC # 346). The Court finds that pursuant to Title 18 U.S.C. §3161(h)(7)(A) & (B) failure to grant a continuance would result in the miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation. The Motion is hereby GRANTED.

It is ORDERED that a period of excludable delay shall commence on the date of this order and shall end at commencement of trial or disposition of charges. The following deadlines shall govern the disposition of this case:

| | |
|---|---|
| Pretrial Motions Due**:** | **DECEMBER 2, 2024** |
| Responses Due**:** | **DECEMBER 23, 2024** |
| Proposed Voir Dire**:** | **JANUARY 6, 2025** |
| Pretrial Conference**:** | **JANUARY 9, 2025, AT 2:30 P.M.** |
| Jury Trial**:** | **JANUARY 13, 2025 AT 9:00 A.M.** |

Signed on August 22, 2024.

_____
Alfred H. Bennett
United States District Judge