United States District Court
Southern District of Texas
**ENTERED**
December 23, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| VS. | § CRIMINAL ACTION NO. 4:22-CR-00608-10 |
| | § |
| ANTHONY KETCHUM, | § |
| | § |
| Defendant. | § |

## ORDER

Before the Court is Defendant Anthony Ketchum's ("Defendant") Motion to Sever. Doc. #363. The Court finds that the Motion to Sever does not comply with Rule B.5(c) of this Court's Procedures and Practices. Specifically, all motions must contain a certificate of conference stating whether the relief sought is opposed or unopposed. Where opposition remains uncertain, the party filing the motion must make at least two attempts to determine whether the relief is opposed and must detail in the certificate of conference the attempts made to contact the opposing party. Accordingly, it is hereby ORDERED that the Motion to Sever (Doc. #363) be STRICKEN from the record.

Defendant may file his amended Motion to Sever in accordance with Rule B.5 within seven (7) days of the entry of this Order.

It is so ORDERED.

DEC 2 0 2024
Date

The Honorable Alfred H. Bennett
United States District Judge