United States District Court
Southern District of Texas
**ENTERED**
December 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 4:22-cr-608 |
| § | |
| SEALED § | |

**ORDER**

The docket call and trial deadlines established by Doc #347 are hereby CONTINUED. A status conference is scheduled **February 7, 2025, at 9:00 a.m.**

Signed on December 30, 2024.

_____
Alfred H. Bennett
United States District Judge